FILED: 11/5/12

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Peter Bos, et al.*, | CASE NO. CV 11-8011-GHK (FFMx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *CitiMortgage, Inc., et. al*, | |
| Defendants. | |

    Pursuant to the Court's January 30, 2012 Order, IT IS HEREBY ADJUDGED that (1) Plaintiffs Peter Bos and Julie Bos's ("Plaintiffs") RESPA claims against Defendants PennyMac Corp. and PennyMac Loan Services, LLC are **DISMISSED without prejudice**; (2) Plaintiffs' FDCPA claims against PennyMac Corp. and PennyMac Services, LLC are **DISMISSED with prejudice**; (3) Plaintiffs' TILA claims against PennyMac Corp. are **DISMISSED with prejudice**.  Also pursuant to the Court's January 30, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs' state law claims against Defendants CitiMortgage, Inc., successor by reason of merger with CitiFinancial Mortgage Company, Inc.; PennyMac Corp.; and PennyMac Loan Services, LLC are **DISMISSED without prejudice to refiling in state court**.

    **IT IS SO ORDERED**.

DATED: November 5, 2012

_____
GEORGE H. KING
Chief United States District Judge